UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**DAVID LEE SMITH,**

    Petitioner,

v.                                           Case No.  8:05-cv-873-T-30MSS

**POLK COUNTY CORRECTIONS**
**MEDICAL SERVICES, et al.,**

    Respondents.
_____/

## **ORDER**

THIS CAUSE comes before the Court upon Petitioner's Motion to Change Venue (Dkt. #11).  Upon review, the Court determines that the motion should be denied.  Dissatisfaction with a Court's rulings is not an appropriate basis for change of venue.  But Petitioner is not without any remedy for relief.  He could voluntarily dismiss this action and seek relief in state court.

It is therefore

ORDERED AND ADJUDGED that:

1.     Petitioner's Motion to Change Venue (Dkt. #11) is DENIED.

**DONE** and **ORDERED** in Tampa, Florida on July 29, 2005.

                                                  JAMES S. MOODY, JR.
                                                  UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel/Parties of Record

F:\Docs\2005\05-cv-873.DenyVenueChange.frm